# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

Raul Uriarte-Limon,

Plaintiff,

v.

Mansour Alchehayed et al.,

Defendants.

EDCV 15-907-VAP (SPx)

## ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT

On October 29, 2015, the Court issued its Scheduling Order. Pursuant to that Order, the final day to conduct a settlement conference was November 6, 2015, and the parties were required to file a joint report no later than ten days after the conference. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than April 22, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely. This order may also be discharged by filing a notice of settlement.

**IT IS SO ORDERED.**

Dated: 4/13/16

Virginia A. Phillips
United States District Judge